**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6809

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ARMANDO EUGENE MINES, a/k/a Robert Edward Mines, Jr.,

Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  William M. Nickerson, Senior District Judge.  (1:10-cv-00520-WMN; 1:88-cr-00322-WMN-1)

Submitted:  November 18, 2010       Decided:  November 30, 2010

Before SHEDD and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Armando Eugene Mines, Appellant Pro Se.  Harvey Ellis Eisenberg, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Armando Eugene Mines appeals the district court's orders denying his petition for writ of error coram nobis and denying his subsequent motion to reconsider. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Mines, No. 1:10-cv-00520-WMN (D. Md. Mar. 8, 2010; Apr. 26, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED